UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVONTAE VALENTINE,

Plaintiff,

v.

TORRES-QUEZADA, et al.,

Defendants.

Case No.  22-cv-01520-JSW

**ORDER ON PENDING MOTIONS; REFERRING CASE TO PRISONER MEDIATION PROGRAM; STAYING CASE**

Re: Dkt. Nos. 13, 18

Plaintiff is a California prisoner who filed this pro se civil rights case under 42 U.S.C. § 1983.  His claim that Defendants used excessive force against him in violation of the Eighth Amendment has been found cognizable.  Defendants have notified the Court that they do not believe there are grounds for filing a dispositive motion.  Consequently, this case is ready for trial. Prior to setting dates for trial and pre-trial matters, this case is REFRERRED to Magistrate Judge Illman pursuant to the Pro Se Prisoner Mediation Program.

The mediation proceedings shall take place within 120 days of the date this order is entered.  Magistrate Judge Illman shall coordinate a time and date for a mediation proceeding with all interested parties or their representatives and, within five days after the conclusion of the mediation proceedings, file a report.  All mediation proceedings shall be confidential and no statement made therein will be admissible in any proceedings in the case, unless the parties otherwise agree.  No part of the mediation proceeding shall be reported, or otherwise recorded, without the consent of the parties, except for any memorialization of a settlement.

Defendants' prior motion for an extension of time to file a dispositive motion is DENIED. Plaintiff's motion for appointment of counsel is DENIED because there is no right to counsel in a civil case, and the interests of justice do not necessitate such appointment at this time.

All further proceedings in this case except those related to the mediation proceedings, as

ordered or permitted by Magistrate Judge Illman, are STAYED pending completion of the mediation proceedings.

The clerk shall send a copy of this order to Magistrate Judge Illman.

**IT IS SO ORDERED.**

Dated: October 28, 2022

_____
JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California