UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVONTAE VALENTINE,<br><br>    Plaintiff,<br><br>v.<br><br>TORRES-QUEZADA, et al.,<br><br>    Defendants. | Case No. 22-cv-01520-JSW<br><br>**ORDER GRANTING REQUEST FOR EXTENSION AND PERMITTING DEPOSITION FOLLOWING CLOSE OF EXPERT DISCOVERY**<br><br>Re: Dkt. No. 49 |

Plaintiff has filed a motion to extend the deadline for expert discovery from March 1, 2024 to March 8, 2024 so that he can serve an expert report regarding his injuries.[1] Plaintiff served requests for production ("RFP") that he contends encompass these documents. Although Defendants argue Plaintiff had access to his medical records from the outset of the litigation, Defendants have not disputed that the medical records would fall within the scope of those RFPs. Therefore, the Court finds good cause to grant Plaintiff's request for an extension.

In light of the fact that the pretrial and trial dates will be continued, the Court will permit Defendants the opportunity to re-designate an expert and, if necessary, to file a rebuttal to Plaintiff's expert. The Court will also permit the parties to depose the experts, and it HEREBY EXTENDS the time to complete expert discovery to April 22, 2024.

**IT IS SO ORDERED**.

Dated: March 7, 2024

JEFFREY S. WHITE
United States District Judge

---

[1] Plaintiff filed his motion on the date expert discovery closed. Going forward **all requests for extensions must be filed at least one week before the relevant deadline expires.**