UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVONTAE VALENTINE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TORRES-QUEZADA, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-01520-JSW<br><br>**ORDER TO DEFENDANTS TO SHOW CAUSE WHY MOTION TO SEAL SHOULD NOT BE DENIED**<br><br>Re: Dkt. No. 170 |

On August 16, 2024, the parties filed supplemental briefs relating to Defendants' motion *in limine* number 1. Plaintiff filed an administrative motion to seal documents that Defendants designated as confidential or confidential attorneys' eye only. (Dkt. No. 168, Declaration of Xiaolin Sunny Chen ("Chen Decl."), Exs. D-G (under seal versions at Docket Nos. 170-1 through 170-4).) Defendants have not filed a declaration demonstrating why Exhibits E, F, and G should be maintained under seal, as required by Northern District Civil Local Rule 79-5.

On that same day, Defendants filed a declaration stating that Defendants had produced documents to Plaintiff regarding investigations of inmate grievances and that "documents comprising the investigations are highly confidential." (Dkt. No. 169, Declaration of Jean M. Trenbeth ¶ 4.) Defendants attached redacted versions of the documents produced to Plaintiff, including a copy of Chen Declaration Exhibit D. (Trenbeth Decl., Exs. A-D.) The Court concludes that Trenbeth Declaration is not sufficient to establish that the materials should be sealed.

Accordingly, the Court ORDERS Defendants to show cause why Plaintiff's motion to seal should not be denied and why the Court should not direct Defendants to file unredacted versions of Exhibits A-D of the Trenbeth Declaration. Defendants' response to this Order to Show Cause

1  shall be filed by September 4, 2024. The Court specifically advises Defendants that a simple
2  reference to the terms of the protective order will not be sufficient. Rather, Defendants shall
3  specify the particular reasons these exhibits, or portions thereof, should remain under seal.
4      **IT IS SO ORDERED**.
5  Dated: August 29, 2024

_____
JEFFREY S. WHITE
United States District Judge