UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVONTAE VALENTINE,

Plaintiff,

v.

TORRES-QUEZADA, et al.,

Defendants.

Case No. 22-cv-01520-JSW

**ORDER GRANTING DEFENDANTS' MOTION IN LIMINE NO. 1**

Re: Dkt. No. 88

This matter comes before the Court upon consideration of Defendants' motion *in limine* to exclude evidence of four grievances filed against Defendants Camacho, Reveles, and Torres-Quezada by inmates other than Plaintiff: Grievance Nos. 50774, 85479, 152760, and 163116.[1] Grievance Nos. 85479, 152760, and 1163116 were not sustained. Plaintiff now seeks to admit them pursuant to Federal Rule of Evidence 608, "if Defendant's truthfulness is at issue during trial." He asks the Court to reserve ruling on the admissibility of Grievance 50774 because the outcome of that grievance is not clear.

Rule 608(b) provides that, except for criminal convictions, "extrinsic evidence is not admissibility to prove specific instances of a witness's conduct in order to attack or support the witness's character for truthfulness." Rule 608(b)(1) also provides that the Court may permit cross-examination on this issue if the instances of conduct "are probative of the character for truthfulness or untruthfulness of the witness." None of conduct at issue in the Grievances bears on a Defendant's character for truthfulness. Plaintiff no longer argues that he should be permitted to

---

[1] The Grievances are attached as Exhibits D through G to the Declaration of Xioalin Sunny Chen (Docket No. 168).

admit them under Rule 404(b).  Moreover, because at least three of the Grievances were not sustained, the Court concludes that the probative value, if any, of the Grievances would be substantially outweighed by the danger of confusing the issues and causing undue delay.  Fed. R. Evid. 403.

Accordingly, the Court GRANTS Defendants' motion.  Plaintiff shall not be permitted to introduce evidence of these Grievances and may not inquire about them on cross-examination.

**IT IS SO ORDERED**.

Dated: September 10, 2024

_____
JEFFREY S. WHITE
United States District Judge