IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVONTAE VALENTINE,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>A. TORRES-QUEZADA, et al.,<br><br>　　　　　　　　Defendants. | Case No. 4:22-cv-01520-JSW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CERVANTEZ'S REQUEST TO APPEAR AT TRIAL REMOTELY VIA VIDEOCONFERENCING SOFTWARE |

Defendant I. Cervantez seeks to testify remotely via videoconference, citing health concerns. The Federal Rules of Civil Procedure permit testimony in open court from a different location "[f]or good cause in compelling circumstances and with appropriate safeguards." Fed. R. Civ. P. 43(a). Plaintiff does not object to the request.

The Court finds that good cause exists to allow the testimony of Defendant Cervantez by videoconference for the trial in this case. Appropriate safeguards also exist—Defendant Cervantez will provide live testimony by videoconference, will testify under oath, and will be subject to direct and cross-examination.

/ / /

/ / /

1       Accordingly, the Court **GRANTS** Defendant Cervantez's request to appear remotely for

2 trial.

3       IT IS SO ORDERED.

The parties shall meet and confer to discuss which exhibits will be used during Cervantez's testimony. If there are objections to those exhibits, the parties shall submit a list of the disputed exhibits by no later than 10:00 a.m. on September 17, 2024, so the Court may determine if the objections can be resolved before Cervantez testifies.

Dated: _____

   September 12, 2024

_____
The Honorable Jeffrey S. White
United States District Court