FILED
SEP 23 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAVONTAE VALENTINE,
Plaintiff,
v.
TORRES-QUEZADA, et al.,
Defendants.

Case No. 22-cv-01520-JSW

**VERDICT FORM**

We, the Jury, unanimously find the following verdict on the questions presented to us:

**Question 1**: Do you find by a preponderance of the evidence that any of the following Defendants used excessive and unnecessary force on Plaintiff on August 12, 2021?

| | | |
|---|---|---|
| Camacho | Yes ________ | (No) ________ |
| Reveles | Yes ________ | (No) ________ |
| Reyes-Diaz | Yes ________ | (No) ________ |
| Torres-Quezada | (Yes) ________ | No ________ |

If you answered "Yes" as to any Defendant, proceed to Question 2. If you answered "No" to all Defendants, sign, date, and return this verdict form to the Court.

**Question 2**: Do you find by a preponderance of the evidence that any of the following Defendants acted maliciously and sadistically for the purpose of causing harm to Plaintiff, and not in a good faith effort to maintain or restore discipline on August 12, 2021? Only answer for each Defendant for whom you answered "Yes" in Question 1.

| | | |
|---|---|---|
| Camacho | Yes ________ | (No) ________ |
| Reveles | Yes ________ | (No) ________ |

United States District Court
Northern District of California

| | | |
|---|---|---|
| Reyes-Diaz | Yes ________ | (No circled) ________ |
| Torres-Quezada | (Yes circled) ________ | No ________ |

If you answered "Yes" as to any Defendant proceed to Question 3. If you did not answer "Yes" as to any Defendant, sign, date, and return this verdict form to the Court.

**Question 3**: Do you find by a preponderance of the evidence that any of the following Defendant's actions caused harm to Plaintiff on August 12, 2021? Only answer for each Defendant for whom you answered "Yes" in Question 2.

| | | |
|---|---|---|
| Camacho | Yes ________ | (No circled) ________ |
| Reveles | Yes ________ | (No circled) ________ |
| Reyes-Diaz | Yes ________ | (No circled) ________ |
| Torres-Quezada | (Yes circled) ________ | No ________ |

If you answered "Yes" as to any Defendant proceed to Question 4. If you did not answer "Yes" as to any Defendant, sign, date, and return this verdict form to the Court.

**Question 4**: If you answered "Yes" as to any Defendant in Question 3, what is the amount of damages, if any, that will reasonably and fairly compensate Plaintiff for any injuries? This amount must not include any award to punish the Defendants.

$ 7,500

If you entered $0, proceed to question No. 5. If you entered an amount greater than $0 proceed to Question 6.

**Question 5**: If you answered "Yes" as to any Defendant in Question 3 and did not award damages in Question 4, what is the amount of nominal damages that you award Plaintiff? You must award an amount of nominal damages greater than $0 and no more than $1.

$________

United States District Court
Northern District of California

**Question 6**: If you answered "Yes" as to any Defendant in Question 3, do you find by a preponderance of the evidence that any Defendant's conduct was malicious, oppressive, or in reckless disregard of Plaintiff's rights? You may only complete this question for the Defendant(s) for whom you responded "Yes" in Question 3.

| | | |
|---|---|---|
| Camacho | Yes ________ | (No) ________ |
| Reveles | Yes ________ | (No) ________ |
| Reyes-Diaz | Yes ________ | (No) ________ |
| Torres-Quezada | (Yes) ________ | No ________ |

The presiding juror shall sign and date this verdict form and return it to the Court.

Dated: 9/23/24 By: Joseph Sizoo [signature]

Presiding Juror