**FILED**

SEP 23 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVONTAE VALENTINE,<br>Plaintiff,<br>v.<br>TORRES-QUEZADA, et al.,<br>Defendants. | Case No. 22-cv-01520-JSW<br><br>**VERDICT FORM** |

We, the Jury, unanimously find the following verdict on the questions presented to us:

What amount of punitive damages, if any, do you award against: [only those Defendants who the jury answered "Yes" for in Phase I, Question 6 will be included when submitted to the jury]

Torres-Quezada $ 15,000

The presiding juror shall sign and date this verdict form and return it to the Court.

Dated: 9/23/24 By: Joseph Sizoo

Presiding Juror

United States District Court
Northern District of California